COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-14-00980-CR

Trial Court Cause
Number:     1421328

Style:     David James Chapman

    v. The State of Texas

Date motion filed[*]:     July 14, 2015

Type of motion:     Motion for extension of time to hold hearing

Party filing motion:     Court

Document to be filed:     Hearing record and supplemental clerk's record

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:     0

    Date Requested:     Additional 30 days to hold hearing as ordered on June 18, 2015 and to return the requested records.

Ordered that motion is:

  ☒   Granted

        If document is to be filed, document due: <u>30 days after original deadline</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐   Denied

  ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐   Other: _____

Judge's signature: /s/ <u>Harvey Brown</u>
        ☒ Acting individually     ☐ Acting for the Court

Date: <u>July 15, 2015</u>